**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1549**

---

WARTHELL B. ILES,

                                          Plaintiff - Appellant,

        and

MONROE ROOSEVELT PARKER, JR.,

                                          Plaintiff,

        versus

NORTH CAROLINA AGRICULTURAL FINANCE AUTHORITY,

                                          Defendant - Appellee.

---

**No. 06-1550**

---

In Re:  WARTHELL B. ILES,

                                          Debtor.

-----------------------------

WARTHELL B. ILES,

                                          Plaintiff - Appellant,

        versus

CENDANT MORTGAGE CORPORATION, d/b/a PHH
Mortgage Services; NORTH CAROLINA AGRICULTURAL
FINANCE AUTHORITY,

                                    Defendants - Appellees.

───────────────

Appeals from the United States District Court for the Eastern
District of Virginia, at Newport News.  Walter D. Kelley, Jr.,
District Judge.  (4:04-cv-00079-WDK; 4:05-cv-00011-WDK; 03-53401-
SCD)

───────────────

Submitted:  September 19, 2007      Decided:  September 27, 2007

───────────────

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Frederick Hope Marsh, HILL, TUCKER & MARSH, Richmond, Virginia, for
Appellant.   Jennifer Jo West, SPOTTS FAIN, P.C., Richmond,
Virginia; Jeffrey L. Marks, KAUFMAN & CANOLES, P.C., Virginia
Beach, Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warthell B. Iles appeals the district court's orders denying her motion to set aside a settlement agreement, dismissing as untimely her appeal from the bankruptcy court's order dismissing her Chapter 13 petition, and awarding attorneys' fees and costs to the Appellees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Iles v. N.C. Agric. Fin. Auth.</u>, Nos. 4:04-cv-00079-WDK; 4:05-cv-00011-WDK (E.D. Va. filed Mar. 31, 2006 & entered Apr. 3, 2006; Apr. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>